IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BYLING LUCAS, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| vs. | : | NO. 17-4164 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, et al., | : | |
|     Defendants | : | |

## JUDGMENT

**AND NOW**, this 27th day of February, 2019, judgment is hereby entered in favor of Defendants Southeastern Pennsylvania Transportation Authority, Randy Hopson, and Lamont Bailey, and against Plaintiff Byling Lucas, in the amount of $9,047.72.

        KATE BARKMAN
        Clerk of Court

By:    s/ Terry Milano
        Deputy Clerk